FILED

MAR 14 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| DAWN N. LEE, | CV 15-131-BLG-SPW-JCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL WITH PREJUDICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Upon consideration of the parties' Joint Stipulation for Dismissal (Doc. 28), and for good cause being shown,

IT IS HEREBY ORDERED that all claims of the plaintiff, Dawn Lee, against the defendant United States of America, are **DISMISSED WITH PREJUDICE** as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 14th of March, 2017.

SUSAN P. WATTERS
United States District Judge